**IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| HELLO FARMS LICENSING MI, LLC,<br><br>*Plaintiff-Appellee*,<br><br>v.<br><br>GR VENDING MI, LLC; CURA MI, LLC,<br><br>*Defendants-Appellants*. | No. 25-1759 |

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 40(d)(1), and Sixth Circuit Rule 40(c), Plaintiff-Appellee Hello Farms Licensing MI, LLC respectfully moves for a 14-day extension of time to file a petition for panel rehearing and rehearing en banc. This Court issued its decision on September 10, 2026. Dkt. No. 42. Pursuant to Federal Rule of Appellate Procedure 40(d)(1), the petition is currently due September 24, 2026. Should the court grant Appellee's request for an extension of time, the petition would be due October 8, 2026.

There is good cause to grant the request. Appellee retained the undersigned appellate counsel on September 14, 2026. This case presents complex and novel issues concerning the enforceability of contracts involving conduct that is legal

under state law but unlawful under federal law, including the scope of the federal illegality defense, the viability of the *Jackson Purchase* balancing test after *Kaiser Steel*, and the effect of the Rohrabacher-Farr Amendment and subsequent appropriations bill riders on federal marijuana policy. The panel acknowledged that "[s]ome courts"—including at least two Courts of Appeals—have diverged from the panel's holding on the enforceability of such contracts. *See* Dkt. No. 42-2 at 11. An extension will allow new counsel to research the relevant issues and prepare a petition for rehearing and rehearing en banc that fully addresses the important questions raised by the proceedings below.

Further, there is good cause to grant the request because counsel have briefing deadlines in several matters that overlap with the briefing window for this petition. These deadlines include: a petition for rehearing en banc in *United States v. Shah*, No. 24-2230 (7th Cir.), due September 14, 2026; a petition for a writ of certiorari in *Parasmo v. United States*, No. 26A178 (U.S.), due September 16, 2026; an opening brief in *United States v. Wisconsin*, No. 26-2675 (7th Cir.), due September 21, 2026; an opening brief in *KalshiEX LLC v. Cox*, No. 26-4100 (10th Cir.), due September 21, 2026; a response brief in *V.O.S. Selections, Inc. v. Trump*, No. 26-1895 (Fed. Cir.) due September 21, 2026; a response brief in *Bolton v. At World Properties, LLC,* No. 26-1483 (7th Cir.), due September 21, 2026; a jurisdictional defect brief in *United States v. City of Newark*, No. 26-3141 (3d Cir.), due September 23, 2026; a response

brief in *Licht v. Zhao*, No. 26-1489 (1st Cir.), due September 25, 2026; an amicus brief in *United States v. Wisconsin*, No. 26-2636 (7th Cir.), due September 28, 2026; an opening brief in *Nevada v. KalshiEX LLC*, No. 26-1304 (9th Cir.), due September 28, 2026; an opening brief in *Washington v. KalshiEX LLC*, No. 26-3106 (9th Cir.), due September 28, 2026; an opening brief in *KalshiEX LLC v. Cafferelli*, No. 26-2239 (2d Cir.), due September 30, 2026; a response brief in *Ford Motor Co. v. Mikhov*, No. 26-2317 (9th Cir.), due October 2, 2026; a brief in opposition in *Flaherty v. KalshiEX LLC*, No. 26-299 (U.S.), due October 8, 2026; and an opening brief in *United States v. Carter-Matthews*, No. 26-1558 (6th Cir.), due October 9, 2026.

This is Appellee's first motion for an extension of time. Appellee and counsel have exercised diligence in this matter. An extension would not materially prejudice any other party.

Counsel for Appellees have conferred with counsel for Appellants. Appellants do not oppose this motion.

Dated: September 15, 2026

Respectfully submitted,

*/s/ Neal Kumar Katyal*

Neal Kumar Katyal
Natalie Nogueira
Milbank LLP
1101 New York Ave. NW
Washington, D.C. 20005
Telephone: (202) 835-7505
nkatyal@milbank.com

*Counsel for Plaintiff-Appellee*

**CERTIFICATE OF COMPLIANCE**

I certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 554 words, excluding the items exempted by Federal Rule of Appellate Procedure 27(a)(2)(B).

This motion complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because this motion has been prepared using Microsoft Office Word for Office 365 in 14-point Times New Roman font.

September 15, 2026

*/s/ Neal Kumar Katyal*
Neal Kumar Katyal

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system on September 14, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

September 15, 2026

*/s/ Neal Kumar Katyal*
Neal Kumar Katyal