**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 16, 2026

Mr. Neal Kumar Katyal
Milbank
1101 New York Avenue, N.W.
Washington, DC 20005

Re: Case No. 25-1759
*Hello Farms Licensing MI, LLC v. GR Vending MI, LLC, et al*
Originating Case No. 1:21-cv-10499

Dear Mr. Katyal,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
En Banc Coordinator: Beverly
Direct Dial No. 513-564-7077

cc: Mr. William Berndt
Mr. Erwin Chemerinsky
Mr. Simon De Carvalho
Ms. Josephine A. DeLorenzo
Mr. Jeffrey Charles Gerish
Mr. Erik H. Johnson
Ms. Andrianna Kastanek
Mr. Patrick C. Lannen
Ms. Natalie Nogueira

Enclosure